JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wirepath Home Systems LLC, </br></br>          Plaintiff, </br></br>     v. </br></br>Ira Pazandeh, etc., </br></br>          Defendant(s). | SACV 11-01893-JVS(MLGx) </br></br> ORDER OF DISMISSAL UPON </br> SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:  June 26, 2012

_____
James V. Selna
United States District Judge